1 Steven G. Rosales
Attorney at Law: 222224
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net
5
Attorneys for Plaintiff
6 Gwendolyn J. Johnson

7

8 **UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**
9

10 GWENDOLYN J. JOHNSON,                )  Case No.: Cv 10-01666 AGR
                                       )
11        Plaintiff,                   )  ORDER AWARDING EQUAL
                                       )  ACCESS TO JUSTICE ACT
12     vs.                             )  ATTORNEY FEES AND EXPENSES
                                       )  PURSUANT TO 28 U.S.C. § 2412(d)
13 MICHAEL J. ASTRUE,                  )  AND COSTS PURSUANT TO 28
   Commissioner of Social Security,   )  U.S.C. § 1920
14                                     )
          Defendant                    )
15                                     )
                                       )
16

17   Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19   IT IS ORDERED that fees and expenses in the amount of $3,300.00 as

20 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

21 DATE: February 3, 2011

22

23 _____
   THE HONORABLE ALICIA G. ROSENBERG
24 UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ `Steven G. Rosales`
   _____
4  Steven G. Rosales
   Attorney for plaintiff Gwendolyn J. Johnson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26